The Honorable Benjamin Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| Jo Anna Lang, PR of the estate of Dick Lang, Wife and Husband, adoptive parents of C.L., a minor child and R.L., a minor child, Jo Anna Lang, guardian ad litem, for C.L. and R.L.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, (DSHS) CHILD PROTECTIVE SERVICES, (CPS), Kaylena Gonzalez, individually and MARK AUSTIN GONZALEZ and as a marital community, Pamela Williams, individually, and Alan Robert Evans individually and as a marital community, Jennifer White and John DOE White individually and as a marital community, Laura Caruso, John Doe Caruso, individually and as a marital community; Sarah Coshow, and John DOE Coashow, individually and as a marital community, Janelle E. Redmond and JOHN DOE Redmond, individually and as a marital community, Larraine Martinez, and JOHN DOE Martinez, individually and as a marital community, Beth A. Kutzera, and JOHN DOE Kutzera, individually and GLENN T. KUTZERA as a marital community, J. Aaron | NO. 3:20-cv-05057-BHS<br><br>STIPULATED MOTION TO CONTINUE DEADLINES FOR FED. R. CIV. P. 26(F) CONFERENCE, INITIAL DISCLOSURES AND JOINT STATUS REPORT<br><br>**NOTED FOR CONSIDERATION:**<br>**August 18, 2020** |

CAPTION --
NO. 3:20-CV-05057-BHS-

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

| | |
|---|---|
| 1 | Merino, and JOHN DOE Merino; Jaimee Scheffler, individually and JOHN DOE Scheffler as a marital community, and, Office of the Attorney General, State Agency, Danial Hsieh, AAG, and Vancouver Police Department, and Cowlitz County Sheriff's Department, and Eimiko Murlin and Jeff Ian Murlin, individually and as a marital community were foster parents of C.L., and Steve Vallembois, Jimmy Howard, Foster parents for R.L., individually, and Kimberly Copeland, MD, Legacy Salmon Creek Medical Center, |
| | Defendants. |

## STIPULATION

The parties stipulate and agree as follows:

1. Plaintiff filed this action on January 21, 2020. (Dkt. No. 1.) Plaintiff filed a first amended complaint (FAC) on March 20, 2020. (Dkt. No. 18.)

2. The Honorable Ronald B. Leighton, United States District Judge, entered an order setting deadlines for the Federal Rule Civil Procedure 26(f) conference (Rule 26(f) conference), initial disclosures and joint status report on January 27, 2020. (Dkt. No. 3.) Pursuant to a motion filed by counsel for plaintiff, Kevin L. Johnson, the Court entered a minute order continuing those deadlines to, as currently set, August 21, 2020, August 28, 2020 and September 4, 2020, respectively. (Dkt. No. 23.) Thereafter, on July 22, 2020, this case was reassigned to the Honorable Benjamin H. Settle, United States District Judge. (Dkt. No. 24.)

3. Plaintiff requested waiver of service of individual defendants affiliated with the State of Washington (State) on July 16, 2020, and the responses to the FAC of those defendants who provide waivers are due on September 14, 2020. (Fed. R. Civ. Pro. 4(d)(3).) Plaintiff also agreed to an extension of time for the State-affiliated defendants who were personally served to respond to the FAC until the same date, September 14, 2020.

CAPTION --
NO. 3:20-CV-05057-BHS-

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

4. Defendant City of Vancouver has filed a motion to dismiss, which is noted for consideration on August 28, 2020. (Dkt. No. 29.) Defendants Kimberly Copeland, MD and Legacy Salmon Creek Medical Center have filed a motion to dismiss, which is noted for consideration on September 4, 2020. (Dkt. No. 30.)

5. Under the Court's current order, numerous defendants will not have responded to the FAC and the two pending motions to dismiss will not yet have been decided before the Rule 26(f) conference deadline set in that order. In light of these circumstances, the parties agree that continuing the deadlines for the Rule 26(f) conference, initial disclosures and joint status report will promote efficient case management and economy in the litigation. In addition, continuing these deadlines will accommodate various disruptions and delays caused by the coronavirus pandemic.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

1. The deadline for the Rule 26(f) conference will be **October 14, 2020**.

2. Initial disclosures will be due **October 28, 2020**.

3. The joint status report will be due on **November 6, 2020**.

DATED this 18th day of August, 2020.

//
//
//
//
//
//
//
//
//
CAPTION --
NO. 3:20-CV-05057-BHS-

3
ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General<br><br>*s/Pamela E. Glazner*<br>Pamela E. Glazner, WSBA No. 56495<br>Assistant Attorney General<br>Attorney General's Office<br>800 Fifth Avenue, Suite 2000<br>Seattle, Washington 98104<br>Tel: (206) 389-2047<br>Fax: (206) 587-4229<br>E-mail: Pamela.Glazner@atg.wa.gov<br><br>*Attorney for Defendants State of Washington, Department of Social and Health Services, Child Protective Services, Kaytena Gonzalez, Mark Austin Gonzalez, Pamela Williams, Jennifer White, Laura Caruso, Sarah Coshow, Jay Redmond, Lorraine Martinez, Beth A. Kutzera, J. Aaron Merino, Jaimee Scheffler, Daniel Hsieh, Eimiko Murlin, Jeff Ian Murlin, Steve Vallembois, and Jimmy Howard* | *s/Kevin L. Johnson*<br>Kevin L. Johnson, WSBA No. 24784<br>Kevin L. Johnson, P.S.<br>Attorney & Counselor at Law<br>1405 Harrison Ave NE, Suite 204<br>Olympia, WA 98502<br>Tel: (360) 753-3066<br>E-mail: Kevinjohnson230@gmail.com<br><br>*Attorney for Plaintiff* |
| *s/Ketia B. Wick*<br>Ketia B. Wick, WSBA No. 27219<br>FAVROS LAW<br>701 5th Avenue, Suite 4750<br>Seattle, WA 98104<br>Tel: (206) 749-0094<br>Fax: (206) 749-0194<br>E-mail: ketia@favros.com<br><br>*Attorney for Kimberly Copeland, MD and Legacy Salmon Creek Medical Center* | *s/Daniel G. Lloyd*<br>Daniel G. Lloyd, WSBA No. 34221<br>Assistant City Attorney<br>City Attorney's Office / Civil Division<br>PO Box 1995, Vancouver, WA 98668<br>Tel: (360) 487-8520<br>Fax: (360) 487-8501<br>Email: dan.lloyd@cityofvancouver.us<br><br>*Attorneys for City of Vancouver* |
| *s/Patrick McMahon*<br>Patrick McMahon, WSBA No. 18809<br>Carlson & McMahon PLLC<br>715 Washington Street<br>PO Box 2965<br>Wenatchee, WA 98807-2965<br>Tel: (509) 662-6131<br>Fax: (509) 663-0679<br>Email: patm@carlson-mcmahon.org<br><br>*Attorney for Cowlitz County Sheriff's Office* | |

//

//

CAPTION --
NO. 3:20-CV-05057-BHS-

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

## **ORDER**

Based on the foregoing stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED:

1. The deadline for the Rule 26(f) conference is **October 14, 2020**.

2. Initial disclosures are due **October 28, 2020**.

3. The joint status report is due on **November 6, 2020**.

DATED this 21st day of August, 2020

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:
ROBERT W. FERGUSON
Attorney General

*s/Pamela E. Glazner*
Pamela E. Glazner, WSBA No. 56495
Assistant Attorney General
Office of the Attorney General
800 Fifth Avenue Suite 2000
Seattle, WA 98104
Pamela.Glazner@atg.wa.gov

*Attorneys for Defendants State of Washington, Department of Social and Health Services, Child Protective Services, Kaytena Gonzalez, Mark Austin Gonzalez, Pamela Williams, Jennifer White, Laura Caruso, Sarah Coshow, Jay Redmond, Lorraine Martinez, Beth A. Kutzera, J. Aaron Merino, Jaimee Scheffler, Daniel Hsieh, Eimiko Murlin, Jeff Ian Murlin, Steve Vallembois, and Jimmy Howard*

CAPTION --
NO. 3:20-CV-05057-BHS-

5

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352