mother had struggled with her mental health some seven years earlier, had given temporary custody of the child to a neighbor and known felon, and her boyfriend had been convicted of child molestation 16 years earlier. In the instant case, the Defendants cannot meet the even higher burden that the law places on them to justify use of religion and race in making their decisions to deprive the Langs of their children for 425 days.

## CONCLUSION

For the foregoing reasons, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, this Court should grant the Plaintiffs' Motion for Judgment on the Pleadings in their favor and against the Defendant City of Vancouver.

Dated: *August*, *25th* 2020

Respectfully submitted,

s/ Kevin L. Johnson

Kevin L. Johnson, Esquire
WSBA #24784
Kevin L. Johnson, P.S.
1405 Harrison Avenue NW, Suite 204
Olympia, WA 98502
Telephone: (360) 753-3066
Facsimile: (360) 705-9377
Email: kevinjohnson230@gmail.com
*Attorney for the Plaintiff*

Plaintiff's Motion for Judgment on the Pleadings - 23

Kevin L. Johnson, P.S., Attorney at Law
Westside Business Plaza
1401 Harrison Ave., Suite 204
Olympia, Washington 98502
(360) 753-3066
(360) 705-9377