THE HONORABLE JUDGE BENJAMIN SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JO ANNA LANG, personal representative of the estate of DICK LANG, Wife and Husband, adoptive parents of C.L., a minor child, and R.L., a minor child, JO ANNA LANG, guardian ad litem, for C.L. and R.L.,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES (DSHS), CHILD PROTECTIVE SERVICES (CPS), et al.,<br><br>    Defendants. | Case No.: 3:20-cv-05057 |

**PROPOSED ORDER**

On April 4th, 2020, Plaintiffs' Motion for Judgment on the Pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure was heard by the court.

Plaintiffs appeared by Kevin L. Johnson, their attorney, and defendant City

PROPOSED ORDER - 1

Kevin L. Johnson, P.S., Attorney at Law
Westside Business Plaza
1401 Harrison Ave., Suite 204
Olympia, Washington 98502
(360) 753-3066
(360) 705-9377

of Vancouver by Daniel G. Loyd, its attorney. The motion has been fully argued and submitted to the Court, and the Court finds that the motion is well taken and that plaintiffs are entitled to judgment in their favor as a matter of law from the undisputed facts shown by the pleadings.

THEREFORE, IT IS ORDERED that plaintiffs' motion is granted, and that the plaintiffs have judgment against defendant City of Vancouver for the relief demanded in the Complaint, and plaintiffs' costs.

IT IS FURTHER ORDERED that judgment as provided in this Order will be entered forthwith by the clerk in accordance with Rule 58, Federal Rules of Civil Procedure.

Dated: August \_\_\_\_\_, 2020

>   _____
>   The Honorable Benjamin Settle
>   United States District Court Judge
>   Western District of Washington
>   At Tacoma

PROPOSED ORDER - 2

Kevin L. Johnson, P.S., Attorney at Law
Westside Business Plaza
1401 Harrison Ave., Suite 204
Olympia, Washington 98502
(360) 753-3066
(360) 705-9377