The Honorable Judge Richard Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Jo Anna Lang, PR of the estate Dick Lang, Wife and Husband, adoptive parents of C.L., a minor child and R.L., a minor child, Jo Anna Lang, guardian ad litem, for C.L. and R.L., Plaintiffs, v. STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, (DSHS) CHILD PROTECTIVE SERVICES, (CPS), Kaytena Gonzalez, individually and MARK AUSTIN GONZALEZ and as a marital community, Pamela Williams, individually, and Alan Robert Evans individually and as a marital community, Jennifer White and John DOE White individually and as a marital community, Laura Caruso, John Doe Caruso, individually and as a marital community; Sarah Coshow, and JOHN DOE Coshow, individually | Case No.: 3:20-cv-05057<br><br>EMERGNCY MOTION FOR A MEDICAL STAY OF PROCEEDINGS UNTIL **SEPTEMBER 30, 2020**<br><br>NOTED FOR CONSIDERATION: SEPTEMBER 11, 2020 |

MOTION FOR MEDICAL STAY OF PROCEEDINGS- 1

Kevin L. Johnson, P.S.
Attorney & Counselor at Law
1405 Harrison Ave NE, Suite 204
Olympia, Washington 98502
(360) 753-3066

and as a marital community, Janelle E. Redmond and JOHN DOE Redmond, individually and as a marital community, Larraine Martinez, and JOHN DOE Martinez, individually and as a marital community, Beth A. Kutzera, and JOHN DOE Kutzera, individually and GLENN T. KUTZERA as a marital community, J. Aaron Merino, and JOHN DOE Merino; Jaimee Scheffler, individually and JOHN DOE Scheffler as a marital community,

And,

Office of the Attorney General, State Agency, Danial Hsieh, AAG

And,

Vancouver Police Department,

And,

Cowlitz County Sheriff's Department,

And,

Eimiko Murlin and Jeff Ian Murlin, individually and as a marital community, were foster parents of C.L.

And,

Steve Vallembois, Jimmy Howard, Foster Parents for R.L., Individually,

And,

MOTION FOR MEDICAL STAY OF PROCEEDINGS- 2

Kevin L. Johnson, P.S.
Attorney & Counselor at Law
1405 Harrison Ave NE, Suite 204
Olympia, Washington 98502
(360) 753-3066

| | |
|---|---|
| Court Appointed Special Advocate, CASA, its agent Kathy A. Shirilla, | |
| And, | |
| Kimberly Copeland, MD, Legacy Salmon Creek Medical Center, | |
| Defendants. | |

## I. MOTION

COMES NOW the above-named Plaintiffs, by and through their attorney of record, KEVIN L. JOHNSON, P.S., Attorney & Counselor at Law, after an exhaustion of all procedures in Washington state, my Doctor recommended that attend medical appointments at University California Los Angles (UCLA).

This Motion started out as a stipulated motion but many of the email address for defendants came back non deliverable and some attorneys were on furlough due to the Covid-19 pandemic.

## II. RELIEF REQUESTED

Plaintiff's counsel requests a stay responding to all defendants 12(b)(6) motions until September 30, 2020 due to medical conditions.

DATED this 3 day of September 2020

KEVIN L. JOHNSON, WSBA #24784
Attorney for Plaintiffs

MOTION FOR MEDICAL STAY OF PROCEEDINGS- 3

Kevin L. Johnson, P.S.
Attorney & Counselor at Law
1405 Harrison Ave NE, Suite 204
Olympia, Washington 98502
(360) 753-3066