THE HONORABLE JUDGE BENJAMIN SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JO ANNA LANG, personal representative of the estate of DICK LANG, Wife and Husband, adoptive parents of C.L., a minor child, and R.L., a minor child, JO ANNA LANG, guardian ad litem, for C.L. and R.L.,

    Plaintiffs,

v.

STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES (DSHS), CHILD PROTECTIVE SERVICES (CPS), et al.,

    Defendants.

Case No.: 3:20-cv-05057

**PROPOSED ORDER**

On September 2, 2020 Plaintiff's counsel requested a medical stay in responding to several defense 12(b)(6) motions until September 30, 2020. The reason are medical procedures and appointments at UCLA medical center in Los Angles California.

PROPOSED ORDER - 1

Kevin L. Johnson, P.S., Attorney at Law
Westside Business Plaza
1405 Harrison Ave., Suite 204
Olympia, Washington 98502
(360) 753-3066
(360) 705-9377

THEREFORE, IT IS ORDERED that plaintiffs' motion is granted, and that the court will stay responses to 12(B)(6) motions until September 30, 2020.

Dated: September _____, 2020

                                                                  The Honorable Benjamin Settle
                                                                United States District Court Judge
                                                                Western District of Washington
                                                                           At Tacoma

PROPOSED ORDER - 2

Kevin L. Johnson, P.S., Attorney at Law
Westside Business Plaza
1405 Harrison Ave., Suite 204
Olympia, Washington 98502
(360) 753-3066
(360) 705-9377