**EXHIBIT 1**

| | |
|---|---|
| **From:** | Kevin Johnson |
| **To:** | Glazner, Pamela E. (ATG) |
| **Subject:** | RE: Lang: Waiver of Service and Extension of Time |
| **Date:** | Thursday, July 16, 2020 7:20:38 PM |
| **Attachments:** | Search Results-abc.html |

Likewise, and I agree with everything that you wrote in your emails. Email me if you cannot open it.

Kevin


Sent from Mail for Windows 10

**From:** Glazner, Pamela E. (ATG)
**Sent:** Thursday, July 16, 2020 4:30 PM
**To:** kevinjohnson230@gmail.com
**Subject:** Lang: Waiver of Service and Extension of Time

Dear Mr. Johnson:

It was a pleasure speaking with you today.  As we discussed, I will consider today, July 16, 2020, the date of your request for waiver of service of process for all state-affiliated defendants who have not yet been served.  After I connect with those defendants, I will prepare and file waiver forms for them.

In addition, you provided an extension for the state-affiliated defendants who have already been served to have the same amount of time to answer the amended complaint as the unserved defendants, i.e., per FRCP 4(d)(3), 60 days from the date of the request for waiver of service, or until Monday, September 14.

If you could please let me know who has been served, that would be helpful.

Thank you, and I looking forward to working with you.

Pamela Glazner

**If you are from outside the AG's Office and are e-mailing documents, please be sure to include or forward to our office's electronic mailbox at TORSeaEF@atg.wa.gov.**


**Pamela E. Glazner | Assistant Attorney General**
Office of the Attorney General | Torts Division
800 5th Ave, Ste 2000
Seattle, WA  98104
206.389.3898 (office) | 206.258.1096 (cell) | pamela.glazner@atg.wa.gov

This email and any attachments may contain privileged attorney-client communications and/or work product.  Review, dissemination, or use of such information by persons other than the addressee(s) is prohibited.  If you have received this email in error, please delete it and notify the sender by return email.  Thank you for your cooperation.

kevinjohnson230@gmail.com [Log out]
Search

[                                    ] Search

Enter any or combination of: Reference #, Case #, Court, Plaintiff, Defendant or Address

- Dashboards
    - Performance
    - Billing
    - Compliance
- My Admin
- Reports
    - Order Report
    - Action Item Report
    - Court Venue Search
    - Download Invoices
- Place Order
    - Process Service
    - Court Filing
    - Investigation
    - Messenger Delivery
    - Document Retrieval
    - Hague Service Convention
- Make Payments

6 Search Results

SERVICE OUTCOME    Served   Jul 2020   Business Unit: Default

| Reference # | Servee | Case # | Submitted | Status | Court | Plaintiff | Defendant |
|---|---|---|---|---|---|---|---|
| 3:20-cv-05057 (LAURA) CIVIL CASE COVER SHEET, Complaint, COURT LETTER, EXHIBIT 1-31, FIRST AMENDED COMPLAINT, PRAECIPE and Summons | LAURA CARUSO | 3:20-CV-05057-RBL | 07/01/2020 | Complete | US District Court, Washington, Western District, Seattle | ET AL JO ANNA LANG, PR OF THE ESTATE DICK LANG, WIFE AND HUSBAND, ADOPTIVE PARENTS OF C.L. A MINOR CHILD | ET AL STATE OF WASHINGTON |
| 3:20-cv-05057 (MURLIN) CIVIL CASE COVER SHEET, Complaint, COURT LETTER, | EIMIKO MURLIN | 3:20-CV-05057-RBL | 07/01/2020 | Complete | US District Court, Washington, Western District, Seattle | ET AL JO ANNA LANG, PR OF THE ESTATE DICK LANG, WIFE AND | ET AL STATE OF WASHINGTON |

| | | | | | | |
|---|---|---|---|---|---|---|
| EXHIBIT 1-31, FIRST AMENDED COMPLAINT, PRAECIPE and Summons | | | | | HUSBAND, ADOPTIVE PARENTS OF C.L. A MINOR CHILD | |
| 3:20-cv-05057 (MURLIN) CIVIL CASE COVER SHEET, Complaint, COURT LETTER, EXHIBIT 1-31, FIRST AMENDED COMPLAINT, PRAECIPE and Summons | JEFF IAN MURLIN | 3:20-CV-05057-RBL | 07/01/2020 Complete | US District Court, Washington, Western District, Seattle | ET AL JO ANNA LANG, PR OF THE ESTATE DICK LANG, WIFE AND HUSBAND, ADOPTIVE PARENTS OF C.L. A MINOR CHILD | ET AL STATE OF WASHINGTON |
| 3:20-cv-05057 (STATE) CIVIL CASE COVER SHEET, Complaint, COURT LETTER, EXHIBIT 1-31, FIRST AMENDED COMPLAINT, PRAECIPE and Summons | STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, (DSHS) CHILD PROTECTIVE SERVICES | 3:20-CV-05057-RBL | 07/01/2020 Complete | US District Court, Washington, Western District, Seattle | ET AL JO ANNA LANG, PR OF THE ESTATE DICK LANG, WIFE AND HUSBAND, ADOPTIVE PARENTS OF C.L. A MINOR CHILD | ET AL STATE OF WASHINGTON |
| 3:20-cv-05057 (COWLITZ) CIVIL CASE COVER SHEET, Complaint, COURT LETTER, EXHIBIT 1-31, FIRST AMENDED COMPLAINT, PRAECIPE and Summons | COWLITZ COUNTY SHERIFF'S OFFICE | 3:20-CV-05057-RBL | 07/01/2020 Complete | US District Court, Washington, Western District, Seattle | ET AL JO ANNA LANG, PR OF THE ESTATE DICK LANG, WIFE AND HUSBAND, ADOPTIVE PARENTS OF C.L. A MINOR CHILD | ET AL STATE OF WASHINGTON |
| 3:20-cv-05057 (BETH) CIVIL CASE | BETH A KUTZERA | 3:20-CV- | 07/01/2020 Complete | US District Court, Washington, | ET AL JO ANNA LANG, PR | ET AL STATE OF WASHINGTON |

| | | | | |
|---|---|---|---|---|
| COVER SHEET, Complaint, COURT LETTER, EXHIBIT 1-31, FIRST AMENDED COMPLAINT, PRAECIPE and Summons | 05057-RBL | | Western District, Seattle | OF THE ESTATE DICK LANG, WIFE AND HUSBAND, ADOPTIVE PARENTS OF C.L. A MINOR CHILD |

< Previous   1   Next >

Didn't find what you were looking for? Contact Customer Service: 1-888-294-0356

ⓒ Copyright 1998-2020 ABC Legal Services Inc.