# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JO ANNA LANG,<br><br>     Plaintiff,<br><br> v.<br><br>STATE OF WASHINGTON, et al,<br><br>     Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO.  3:20-cv-05057-BHS |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court does hereby find and ORDER as follows**:**

 Judgment is for defendants.

Dated this 19 day of November, 2020.

                William M. McCool
                Clerk

                *s/Gayle M. Riekena*
                Deputy Clerk