1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

The Honorable Benjamin Settle

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

Jo Anna Lang, PR of the estate of Dick
Lang, Wife and Husband, adoptive
parents of C.L., a minor child and R.L., a
minor child, Jo Anna Lang, guardian ad
litem, for C.L. and R.L.,

            Plaintiffs,

      v.

STATE OF WASHINGTON,
DEPARTMENT OF SOCIAL AND
HEALTH SERVICES, (DSHS) CHILD
PROTECTIVE SERVICES, (CPS),
Kaylena Gonzalez, individually and
MARK AUSTIN GONZALEZ and as a
marital community, Pamela Williams,
individually, and Alan Robert Evans
individually and as a marital community,
Jennifer White and John DOE White
individually and as a marital community,
Laura Caruso, John Doe Caruso,
individually and as a marital community;
Sarah Coshow, and John DOE Coashow,
individually and as a marital community,
Janelle E. Redmond and JOHN DOE
Redmond, individually and as a marital
community, Larraine Martinez, and
JOHN DOE Martinez, individually and
as a marital community, Beth A.
Kutzera, and JOHN DOE Kutzera,
individually and GLENN T. KUTZERA

NO.  3:20-cv-05057-BHS

NOTICE OF APPEARANCE

**(CLERK'S ACTION REQUESTED)**

NOTICE OF APPEARANCE --
NO.  3:20-cv-05057-BHS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

1  as a marital community, J. Aaron
   Merino, and JOHN DOE Merino; Jaimee
2  Scheffler, individually and JOHN DOE
   Scheffler as a marital community, and,
3  Office of the Attorney General, State
   Agency, Danial Hsieh, AAG, and
4  Vancouver Police Department, and
   Cowlitz County Sheriff's Department,
5  and Eimiko Murlin and Jeff Ian Murlin,
   individually and as a marital community
6  were foster parents of C.L., and Steve
   Vallembois, Jimmy Howard, Foster
7  parents for R.L., individually, and
   Kimberly Copeland, MD, Legacy
8  Salmon Creek Medical Center,

9           Defendants.

10

11 TO:    JO ANNA LANG, PR OF THE ESTATE OF DICK LANG, WIFE AND HUSBAND,
          ADOPTIVE PARENTS OF C.L., A MINOR CHILD AND R.L., A MINOR CHILD, JO
12        ANNA LANG, GUARDIAN AD LITEM, FOR C.L. AND R.L., Plaintiff

13 TO:    KEVIN JOHNSON, Plaintiff's Attorney

14 TO:    CLERK OF THE COURT

15         YOU AND EACH OF YOU will please take notice that STATE OF WASHINGTON,

16 DEPARTMENT OF SOCIAL AND HEALTH SERVICES, CHILD PROTECTIVE

17 SERVICES, KAYLENA GONZALEZ, MARK AUSTIN GONZALEZ, PAMELA

18 WILLIAMS, JENNIFER WHITE, LAURA CARUSO, SARAH COSHOW, JAY REDMOND

19 (INCORRECTLY IDENTIFIED AS JANELLE E. REDMOND), LORRAINE MARTINEZ

20 (INCORRECTLY IDENTIFIED AS LARRAINE MARTINEZ), BETH A. KUTZERA, J.

21 AARON MERINO, JAIMEE SCHEFFLER, DANIEL HSIEH (INCORRECTLY IDENTIFIED

22 AS DANIAL HSIEH), EIMIKO MURLIN, JEFF IAN MURLIN, STEVEN VALLEMBOIS

23 (INCORRECTLY IDENTIFIED AS STEVE VALLEMBOIS), JAMES VALLEMBOIS

24 (INCORRECTLY IDENTIFIED AS JIMMY HOWARD), by and through their attorneys, Robert

25 W. Ferguson, Attorney General, and ANDREW BIGGS Assistant Attorney General, without

26 waiving objections as to improper service, jurisdiction or venue, hereby enter their appearance in

NOTICE OF APPEARANCE --
NO.  3:20-cv-05057-BHS                                    2                ATTORNEY GENERAL OF WASHINGTON
                                                                                    Torts Division
                                                                              800 Fifth Avenue, Suite 2000
                                                                                Seattle, WA 98104-3188
                                                                                   (206) 464-7352

1    the above-entitled action and requests that notice of any and all further proceedings in said action

2    be served upon the undersigned attorney at the address stated below.

3    **TRANSMISSION BY FAX OR BY ELECTRONIC MAIL DOES NOT**

4    **CONSTITUTE SERVICE, UNLESS AGREED IN WRITING OR UNLESS**

5    **OTHERWISE REQUIRED BY COURT RULE.**

6         DATED this 3rd day of December, 2020.

7                             ROBERT W. FERGUSON
                         Attorney General

8

9                             *s/ Andrew Biggs*

10                            ANDREW BIGGS, WSBA No. 11746
                         Assistant Attorney General

11                            Office of the Attorney General
                         800 Fifth Avenue Suite 2000

12                            Seattle, WA  98104
                         Andrew.Biggs@atg.wa.gov

13                            Attorneys for State of Washington, Department of
                         Social and Health Services, CPS, Kaylena Gonzalez,

14                            Mark Austin Gonzalez, Pamela Williams, Jennifer
                         White, Laura Caruso, Sarah Coshow, Jay Redmond,

15                            Larraine  Martinez, Beth A. Kutzera, J. Aaron
                         Merino, Jaimee Scheffler, Danial Hsieh, Eimiko

16                            Murlin and Jeff Ian Murlin, Foster parents of C.L.,
                         Steve Vallembois, and James Villambois Foster

17                            parents for R.L.

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing to be served on the following persons in
the manner indicated on this 3rd day of December, 2020:

☒ CM/ECF SYSTEM:

Kevin L. Johnson, WSBA No. 24784
Kevin L. Johnson, P.S.
Attorney & Counselor at Law
1405 Harrison Ave NE, Suite 204
Olympia, WA  98502
Tel: (360) 753-3066
E-mail: Kevinjohnson230@gmail.com
*Attorney for Plaintiff*

Patrick McMahon, WSBA No. 18809
Carlson & McMahon PLLC
715 Washington Street
PO Box 2965
Wenatchee, WA  98807-2965
Tel: (509) 662-6131
Fax: (509) 663-0679
Email: patm@carlson-mcmahon.org
carrief@carlson-mcmahon.org
francescan@carlson-mcmahon.org
trisha@carlson-mcmahon.org
*Attorney for Cowlitz County Sheriff's Office*

Ketia B. Wick, WSBA No. 27219
FAVROS LAW
701 5th Avenue, Suite 4750
Seattle, WA 98104
Tel: (206) 749-0094
Cell: (206) 356-6343
Fax: (206) 749-0194
E-mail: ketia@favros.com
Jessica A. Beers, jessicab@favros.com
Alisha P. Chand alisha@favros.com,
Bill W. Bruns,
bill@favros.comketia@favros.com
*Attorney for Kimberly Copeland, MD and
Legacy Salmon Creek Medical Center*

Daniel G. Lloyd, WSBA No. 34221
Assistant City Attorney
City Attorney's Office / Civil Division
PO Box 1995, Vancouver, WA 98668
Tel: (360) 487-8520
Fax: (360) 487-8501
TTY: (360) 487-8602
Email: dan.lloyd@cityofvancouver.us
*Attorney for City of Vancouver*

s/ Andrew Biggs
ANDREW BIGGS, WSBA No. 11746
Assistant Attorney General
Office of the Attorney General
800 Fifth Avenue Suite 2000
Seattle, WA  98104
Andrew.Biggs@atg.wa.gov
Attorney for Defendants

NOTICE OF APPEARANCE  --
NO.  3:20-cv-05057-BHS

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352