The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| Jo Anna Lang, PR of the estate of Dick Lang, Wife and Husband, adoptive parents of C.L., a minor child and R.L., a minor child, Jo Anna Lang, guardian ad litem, for C.L. and R.L., <br><br>  Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, (DSHS) CHILD PROTECTIVE SERVICES, (CPS), Kaylena Gonzalez, individually and MARK AUSTIN GONZALEZ and as a marital community, Pamela Williams, individually, and Alan Robert Evans individually and as a marital community, Jennifer White and John DOE White individually and as a marital community, Laura Caruso, John Doe Caruso, individually and as a marital community; Sarah Coshow, and John DOE Coashow, individually and as a marital community, Janelle E. Redmond and JOHN DOE Redmond, individually and as a marital community, Larraine Martinez, and JOHN DOE Martinez, individually and as a marital community, Beth A. Kutzera, and JOHN DOE Kutzera, individually and GLENN T. KUTZERA as a marital community, J. Aaron Merino, and JOHN DOE Merino; Jaimee Scheffler, individually and JOHN DOE Scheffler as a marital community, and, Office of the Attorney General, State Agency, Danial Hsieh, AAG, and Vancouver Police | NO. 3:20-cv-05057-RBL <br><br> NOTICE OF WITHDRAWAL <br><br> **(CLERK'S ACTION REQUESTED)** |

NOTICE OF WITHDRAWAL --
NO. 3:20-cv-05057-RBL

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Department, and Cowlitz County Sheriff's Department, and Eimiko Murlin and Jeff Ian Murlin, individually and as a marital community were foster parents of C.L., and Steve Vallembois, Jimmy Howard, Foster parents for R.L., individually, and Kimberly Copeland, MD, Legacy Salmon Creek Medical Center,<br>               Defendants. |

6  TO:   Jo Anna Lang, PR of the estate of Dick Lang, Wife and Husband, adoptive parents of
7         C.L., a minor child and R.L., a minor child, Jo Anna Lang, guardian ad litem, for C.L.
          and R.L., PLAINTIFFS

8  TO:   KEVIN JOHNSON, PLAINTIFF'S ATTORNEY

9  TO:   CLERK OF THE COURT

10         YOU AND EACH OF YOU will please take notice that EARL SUTHERLAND, Assistant

11  Attorney General, hereby withdraws as counsel for State of Washington, Department of Social and

12  Health Services, Child Protective Services, Kaylena Gonzalez, Mark Austin Gonzalez, Pamela

13  Williams, Jennifer White, Laura Caruso, Sarah Coshow, Jay Redmond (incorrectly identified as

14  Janelle E. Redmond), Lorraine Martinez (incorrectly identified as Larraine Martinez), Beth A.

15  Kutzera, J. Aaron Merino, Jaimee Scheffler, Daniel Hsieh (incorrectly identified as Danial

16  Hsieh), Eimiko Murlin, Jeff Ian Murlin, Steven Vallembois (incorrectly identified as Steve

17  Vallembois), James Vallembois (incorrectly identified as Jimmy Howard), in the above-entitled

18  action, effective immediately.

19         DATED this 3RD day of December, 2020.

20                                             ROBERT W. FERGUSON
                                               Attorney General
21
                                               *s/Earl M. Sutherland*
22                                             EARL SUTHERLAND, WSBA No. 23928
                                               Assistant Attorney General
23                                             Office of the Attorney General – Torts Division
                                               800 Fifth Avenue, Suite 2000, Seattle, WA 98104
24                                             Earl.Sutherland@atg.wa.gov
                                               TEL: (206) 464-7352  /  FAX (206) 587-4229
25

26

# CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2020, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Kevin L. Johnson, P.S.
Attorney & Counselor at Law
1405 Harrison Ave NE, Suite 204
Olympia, Washington 98502
TEL: 360-753-3066
kevinjohnson230@gmail.com
Attorney for Plaintiffs

Daniel G Lloyd
Vancouver City Attorney's Office
PO Box 1995
Vancouver, WA 98668-1995
TEL: 360-487-8500
dan.lloyd@cityofvancouver.us
Attorneys for Vancouver Police Department

ANDREW BIGGS
Assistant Attorney General
Office of the Attorney General
800 Fifth Avenue Suite 2000
Seattle, WA 98104
TEL: 206-464-7352
Andrew.Biggs@atg.wa.gov
Attorney for State Defendants

Patrick McMahon
Carlson & McMahon PLLC
715 Washington Street
PO BOX 2965
Wenatchee, WA 98807-2965
TEL: 509-662-6131
patm@carlson-mcmahon.org
Attorneys for Cowlitz County Sheriff's Office

Ketia Berry Wick
Jessica Ann Beers
FAVROS LAW (SEA)
701 Fifth Ave, Ste 4750
Seattle, WA 98104
TEL: 206-749-0094
ketia@favros.com
jessicab@favros.com
Attorneys for Kimberly Copeland, Legacy Salmon Creek Medical Center, MD

ROBERT W. FERGUSON
Attorney General

*s/Earl M. Sutherland*
EARL SUTHERLAND, WSBA No. 23928
Assistant Attorney General
Office of the Attorney General – Torts Division
800 Fifth Avenue, Suite 2000, Seattle, WA 98104
Earl.Sutherland@atg.wa.gov
TEL: (206) 464-7352 / FAX (206) 587-4229

NOTICE OF WITHDRAWAL --
NO. 3:20-cv-05057-RBL

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352